# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:   CANDACE RENEE HAMMOND-HOPKINS,                              CASE NO. 23-10001-BFK

               Debtor,                                                                  CHAPTER 13

VIRGINIA HOUSING DEVELOPMENT AUTHORITY,

               Movant,

vs.

CANDACE RENEE HAMMOND-HOPKINS,
and
JACQUELINE TILLERY,
and
THOMAS P. GORMAN, TRUSTEE,

               Respondents.

## MOTION TO WITHDRAW MOTION FOR RELIEF FROM STAY AND MOTION FOR RELIEF FROM CO-DEBTOR STAY

NOW COMES Movant, VIRGINIA HOUSING DEVELOPMENT AUTHORITY, by counsel, and withdraws its Motion for Relief from Stay and Motion for Relief from Co-Debtor Stay filed in this matter on February 3, 2025 as Docket Number 37 as, subsequent to the filing of the Motions, the Debtor brought her mortgage loan account current and paid the fees and costs associated with the Motions.

**James A. Evans (VSB #04441)**
**JAMES A. EVANS, ATTORNEY AT LAW, PLC**
**Counsel for Movant**
**2101 Parks Avenue, Suite 301**
**Virginia Beach, Virginia 23451-4183**
**(757) 437-9500**
**james.evans@vblawyers.com**

DATED at Virginia Beach, Virginia this 23rd day of April, 2025.

                VIRGINIA HOUSING DEVELOPMENT AUTHORITY

                By      /s/ James A. Evans
                         Of Counsel

## **CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing Motion to Withdraw Motion for Relief from Stay and Motion for Relief from Co-Debtor Stay was served to all necessary parties.

April 23, 2025        By      /s/ James A. Evans
                                  James A. Evans  (VSB #04441)

**James A. Evans (VSB #04441)**
**JAMES A. EVANS, ATTORNEY AT LAW, PLC**
**Counsel for Movant**
**2101 Parks Avenue, Suite 301**
**Virginia Beach, Virginia 23451-4183**
**(757) 437-9500**
**james.evans@vblawyers.com**