UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:   CANDACE RENEE HAMMOND-HOPKINS,            CASE NO. 23-10001-BFK

        Debtor,            CHAPTER 13

VIRGINIA HOUSING DEVELOPMENT AUTHORITY,

        Movant,

vs.

CANDACE RENEE HAMMOND-HOPKINS,
and
JACQUELINE TILLERY,
and
THOMAS P. GORMAN, TRUSTEE,

        Respondents.

### ORDER WITHDRAWING MOTION FOR RELIEF FROM STAY AND MOTION FOR RELIEF FROM CO-DEBTOR STAY

This matter came upon the motion of VIRGINIA HOUSING DEVELOPMENT AUTHORITY for leave to withdraw its Motion for Relief from Stay and Motion for Relief from Co-Debtor Stay filed on February 3, 2025 as Docket Number 37 with respect to the real property located at **4653 Hummingbird Lane, Fairfax, Virginia 22033** and more particularly described as follows:

> Unit 167, Phase 8, Section 2, WILLOW OAKS AT FAIR LAKES CONDOMINIUM, and the limited common elements thereto, as duly created in the Declaration recorded in

**James A. Evans (VSB #04441)**
**JAMES A. EVANS, ATTORNEY AT LAW, PLC**
**Counsel for Movant**
**2101 Parks Avenue, Suite 301**
**Virginia Beach, Virginia 23451-4183**
**(757) 437-9500**
**james.evans@vblawyers.com**

Deed Book 16786, at page 61, amended and restated in Deed Book 17302, at page 529, amended in Deed Book 17364, at page 960; and in Deed Book 17531, at page 979, and as further amended in Deed Book 17546, at page 807 among the land records of Fairfax County, Virginia.

And it appearing to the Court from representations of counsel for Movant and counsel for the Debtor that the Debtor has brought her mortgage loan account current post-petition and has paid all fees and costs associated with this instant action thus rendering Movant's motions moot.

Upon consideration whereof, it is **ORDERED** that the motion for leave to withdraw is granted and Movant's Motion for Relief from Stay and Motion for Relief from Co-Debtor Stay filed on February 3, 2025 as Docket Number 37 is hereby withdrawn without prejudice.

Alexandria, Virginia

Apr 24 2025

/s/ Brian F Kenney
United States Bankruptcy Judge

Entered On Docket: Apr 24 2025

**WE ASKED FOR THIS:**

/s/ James A. Evans
James A. Evans, Esquire (VSB #04441)
Counsel for Movant
2101 Parks Avenue, Suite 301
Virginia Beach, Virginia 23451-4183
(757) 437-9500

/s/ Daniel M. Press by James A. Evans with permission given via email on 4/23/2025
Daniel M. Press, Esquire (VSB #37123)
Counsel for Debtor
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800

**SEEN and NO OBJECTION:**

/s/ Thomas P. Gorman by James A. Evans with permission given via email on 4/23/2025
Thomas P. Gorman, Trustee
1414 Prince Street, Suite 202
Alexandria, Virginia 22314
(703) 836-2226

2

**Local Rule 9022-1(C) Certification**

      The foregoing Consent Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

      /s/ James A. Evans
James A. Evans (VSB #04441)

**James A. Evans (VSB #04441)**
**JAMES A. EVANS, ATTORNEY AT LAW, PLC**
**Counsel for Movant**
**2101 Parks Avenue, Suite 301**
**Virginia Beach, Virginia 23451-4183**
**(757) 437-9500**
**james.evans@vblawyers.com**

**PARTIES TO RECEIVE COPIES:**

James A. Evans, Esquire
2101 Parks Avenue, Suite 301
Virginia Beach, Virginia 23451-4183

Daniel M. Press, Esquire
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101

Candace Renee Hammond-Hopkins
4653 Hummingbird Lane
Fairfax, Virginia 22033

Jacqueline Tillery
4653 Hummingbird Lane
Fairfax, Virginia 22033

Thomas P. Gorman, Trustee
1414 Prince Street, Suite 202
Alexandria, Virginia 22314