**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

In re                                                        )
                                                             )
Candace Renee Hammond-Hopkins                                )
                                                             )         No. 23-100001-BFK
            Debtor.                                          )         Chapter 13
                                                             )
_____                     )

### NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

        Dated: August 14, 2026.

                                         /s/ Daniel M. Press_____
                                        Daniel M. Press, VSB 37123
                                        Law Offices of Daniel M. Press
                                        201 Washington St.
                                        Cumberland MD 21502
                                        (703) 725-7600
                                        dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 7 Trustee, and all parties requesting notice by CM/ECF.

_/s/ Daniel M. Press_____
Daniel M. Press

2