# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

In re:

Candace Renee Hammond-Hopkins — Case No. 23-10001-BFK

Debtor. — Chapter 13

Santander Bank, N.A., as servicer for Santander Consumer USA Inc.,

Plaintiff,

v.

Candace Renee Hammond-Hopkins
and
Thomas P. Gorman, Trustee,

Defendants.

## NOTICE

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

**IF YOU DO NOT WISH THE COURT TO GRANT THE RELIEF SOUGHT IN THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN WITHIN 14 DAYS FROM THE DATE OF SERVICE OF THIS MOTION, YOU MUST FILE A WRITTEN RESPONSE EXPLAINING YOUR POSITION WITH THE COURT AND SERVE A COPY ON THE MOVANT. UNLESS A WRITTEN RESPONSE IS FILED AND SERVED WITHIN THIS 14-DAY PERIOD, THE COURT MAY DEEM OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED, AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, Virginia 23452
757-498-9600
sara_john@eppspc.com
Counsel for Movant

**IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE EXPIRATION OF THE 14-DAY PERIOD.**

**A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS MOTION IS SCHEDULED FOR SEPTEMBER 17, 2026, AT 9:30 AM IN THE UNITED STATES BANKRUPTCY COURT, CHIEF JUDGE KENNEY'S COURTROOM, 200 S. WASHINGTON STREET, 2ND FLOOR, COURTROOM I, ALEXANDRIA, VIRGINIA.**

## MOTION FOR RELIEF FROM STAY

NOW COMES Santander Bank, N.A., as servicer for Santander Consumer USA Inc., by counsel, and states as follows as its Motion for Relief from Stay against Debtor:

1. This Court has jurisdiction over the matters herein alleged pursuant to 28 U.S.C. § 1334. This matter constitutes a core proceeding within the meaning of 28 U.S.C. § 157 and is a contested matter under Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure.

2. On January 2, 2023, Debtor filed a Chapter 13 bankruptcy. Debtor has filed a Chapter 13 plan.

3. Plaintiff is a secured creditor of Debtor, being secured by a lien on a 2016 FORD EXPLORER, VIN 1FM5K7F84GGA32114.

4. That under the terms of the plan, Debtor proposed to pay Plaintiff post-petition payments directly, outside of the plan.

5. Debtor is in default in the making of the payments and is presently due for the remainder of the February 19, 2026 payment and the entire March 19, 2026 through July 19, 2026 payments for post-petition arrearages totaling approximately $2,560.50 with a payoff of approximately $4,907.66 on the contract. Additionally, Plaintiff has incurred costs and attorney's fees in the filing of this Motion.

6. Plaintiff lacks adequate protection.

7. For the above and foregoing reasons, Plaintiff asserts that cause exists sufficient to waive the requirement of Bankruptcy Rule 4001(a)(4), therefore allowing the Order granting the relief sought to be effective upon its entry.

**WHEREFORE**, Plaintiff moves the Court for relief from the automatic stay pursuant to 11 U.S.C. § 362 so that it may proceed under state law.

Santander Bank, N.A., as servicer for Santander Consumer USA Inc.

/s/ Sara A. John
Sara A. John
M. Richard Epps, P.C.

Certificate of Service

I hereby certify that on August 17, 2026 I mailed or electronically served a true copy of this Notice and Motion for Relief from Stay to: Candace Renee Hammond-Hopkins, 4653 Hummingbird Ln, Fairfax, VA 22033; Thomas P. Gorman, Trustee, 1414 Prince St., Ste. 202, Alexandria, VA 22314; and Daniel M. Press, Counsel for Debtor, 201 Washington St., Cumberland, MD 21502.

/s/ Sara A. John
Sara A. John
M. Richard Epps, P.C.