**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

CANDACE RENEE HAMMOND-HOPKINS
DEBTOR

Chapter 13

SANTANDER BANK, N.A.
Movant

Case No. 23-10001-BFK

v.

Candace Renee Hammond-hopkins
and
Thomas P. Gorman, Trustee,

**ANSWER AND REPORT OF TRUSTEE
TO RELIEF FROM STAY MOTION**

COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, submits the following.

(1) The Plan of this Chapter 13 Case was confirmed by the Court on 05/18/2023, and provides for payment of the secured creditor as follows:

(a) Pre-petition arrearage claim of $660.50 by monthly installments of $0.00 including 0.000% from the payments made under this confirmed Plan.

(b) Post-petition regular monthly payments directly by the Debtor.

(2) No record of Post-petition regular monthly installments is maintained by this Trustee; and he is without sufficient knowledge, information or belief to answer allegations of the Motion regarding failure of the Debtor to make such installments; and that this Trustee demands strict proof thereof.

(3) The payments to date on the arrearage claim of this Secured Creditor are reflected opposite the name of the Secured Creditor on the attached periodic report of the accounts of this Chapter 13 case; and that such periodic report represents a true and correct statement of all receipts and disbursements in this Chapter 13 case to the date indicated.

AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of this Motion as to this Court seems just.

Date: August 18, 2026

__/s/ Thomas P. Gorman_________

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 18th day of August, 2026.

/s/ Thomas P. Gorman___________
Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/18/2026

CASE NO: 23-10001-BFK
STATUS: ACTIVE

DEBTOR: XXX-XX-3918
HAMMOND-HOPKINS, CANDACE RE
AKA:

DATE FILED: 01/02/2023 4653 HUMMINGBIRD LN
CONFIRMED: 05/18/2023 FAIRFAX, VA 22033
LATEST 341: 01/31/2023
PERCENTAGE: 100.000

PLAN: 60 MONTHS
1st PAYMENT DUE: 02/2023

ATTORNEY: DANIEL M. PRESS, ESQUIRE
LAW OFFICES OF DANIEL M. PRESS
201 WASHINGTON ST.

CUMBERLAND, MD 21502
Phone:703 725-7600 Fax:

ON SCHEDULE: 58,380.00
ACTUAL PAYMENTS: 64,191.51
AMOUNT BEHIND: 0.00

SCHEDULE: 1,390.00 MONTHLY
TOTAL PAID: 64,191.51

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 07/24/26 | CC/NAVY FCU | 1,490.00 |
| 07/06/26 | CC/NAVY FCU | 1,490.00 |
| 06/02/26 | CC/NAVY FCU | 1,490.00 |
| 05/06/26 | CC/NAVY FCU | 1,490.00 |
| 04/06/26 | PC | 1,490.00 |
| 03/04/26 | CC/NAVY FCU | 1,490.00 |
| 02/10/26 | CC/NAVY FCU | 1,490.00 |
| 01/06/26 | CC/NAVY FCU | 1,490.00 |
| 12/02/25 | CC/NAVY FCU | 1,490.00 |
| 11/03/25 | CC/NAVY FCU | 1,490.00 |
| 10/06/25 | CC/NAVY FCU | 1,490.00 |
| 09/02/25 | CC/NAVY FCU | 1,490.00 |
| 07/01/25 | COUNTY OF FAIRFAX | 596.07 |
| 07/01/25 | CC/NAVY FCU | 1,743.00 |

DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 005 | FXCO | COUNTY OF FAIRFAX | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 008 | 358642 | CAPITAL ONE AUTO FINANCE | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 012 | 354267 | AIDVANTAGE ON BEHALF OF | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME<br>CLAIM REMARK | DISB CODE<br>LAST DISB | CLASS<br>PAY% | INT. BEGIN<br>INT. RATE | FIX PAY<br>ARREARS | ORG. CLAIM<br>SCHED AMT | APPROVED<br>TO BE PAID | PRIN. PAID<br>INT. PAID | PRIN. DUE<br>INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 284311 | VHDA<br>ALLOW & PAY PER FILED CLAIM | FIX<br>07/2026 | SEC<br>100.00 | | 34.28<br>0.00 | 2,056.83<br>0.00 | 2,056.83<br>2,056.83 | 1,439.76<br>0.00 | 617.07<br>0.00 |
| 002 | 354383 | WILLOW OAKS AT FAIR LAKES HOA | PRO<br>07/2026 | UNS<br>100.00 | | 0.00<br>0.00 | 1,237.50<br>0.00 | 1,237.50<br>1,237.50 | 919.39<br>0.00 | 318.11<br>0.00 |
| 003 | 354382 | UOA OF WILLIOW OAKS CONDOMINIUM | PRO<br>07/2026 | UNS<br>100.00 | | 0.00<br>0.00 | 2,041.31<br>0.00 | 2,041.31<br>2,041.31 | 1,516.26<br>0.00 | 525.05<br>0.00 |
| 004 | 354312 | JACQUELINE TILLERY ESTATE<br>APP-NO CLAIM FILED | PRO | SEC<br>100.00 | 05/18/2023<br>8.5000 | 0.00<br>0.00 | 0.00<br>7,500.00 | 0.00<br>0.00 | 0.00<br>0.00 | Not Filed |
| 006 | 354882 | RATHBUN BATEMAN, PC<br>APP | FIX<br>07/2026 | SEC<br>100.00 | 01/02/2023<br>8.5000 | 999.18<br>0.00 | 41,946.63<br>41,946.63 | 41,946.63<br>41,946.63 | 34,904.96<br>8,059.78 | 7,041.67<br>49.88 |
| 007 | 334951 | SANTANDER CONSUMER USA INC | PRO<br>06/2024 | SEC<br>100.00 | | 0.00<br>0.00 | 660.50<br>701.20 | 660.50<br>660.50 | 660.50<br>0.00 | 0.00<br>0.00 |
| 009 | 354314 | BAYVIEW MEDICAL CENTER | PRO | UNS<br>100.00 | | 0.00<br>0.00 | 0.00<br>35.00 | 0.00<br>0.00 | 0.00<br>0.00 | Not Filed |
| 010 | LVNV | LVNV FUNDING LLC | PRO<br>07/2026 | UNS<br>100.00 | | 0.00<br>0.00 | 1,646.06<br>1,646.00 | 1,646.06<br>1,646.06 | 1,222.92<br>0.00 | 423.14<br>0.00 |
| 011 | 345041 | CW NEXUS CREDIT CARD HOLDINGS | PRO<br>07/2026 | UNS<br>100.00 | | 0.00<br>0.00 | 2,349.96<br>2,349.00 | 2,349.96<br>2,349.96 | 1,745.88<br>0.00 | 604.08<br>0.00 |
| 013 | 301611 | GEORGE MASON UNIVERSITY<br>AMOUNT UNKNOWN | PRO | UNS<br>100.00 | | 0.00<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 | Not Filed |
| 014 | 354240 | INOVA HEALTH CARE | PRO | UNS<br>100.00 | | 0.00<br>0.00 | 0.00<br>3,045.30 | 0.00<br>0.00 | 0.00<br>0.00 | Not Filed |
| 015 | 318622 | ASHLEY FUNDING SERVICES, LLC | PRO<br>07/2026 | UNS<br>100.00 | | 0.00<br>0.00 | 72.00<br>72.00 | 72.00<br>72.00 | 53.48<br>0.00 | 18.52<br>0.00 |
| 015A | 318622 | ASHLEY FUNDING SERVICES, LLC<br>UNL-LAB CORP-NO RESP-ALLOW & PAY | PRO | UNS<br>100.00 | | 0.00<br>0.00 | 14.98<br>0.00 | 14.98<br>14.98 | 0.00<br>0.00 | 14.98<br>0.00 |
| 015B | 318622 | ASHLEY FUNDING SERVICES, LLC<br>UNL-LAB CORP-NO RESP-ALLOW & PAY | PRO<br>07/2026 | UNS<br>100.00 | | 0.00<br>0.00 | 592.00<br>0.00 | 592.00<br>592.00 | 439.71<br>0.00 | 152.29<br>0.00 |
| 016 | LVNV | LVNV FUNDING LLC | PRO<br>07/2026 | UNS<br>100.00 | | 0.00<br>0.00 | 1,159.82<br>1,159.00 | 1,159.82<br>1,159.82 | 861.67<br>0.00 | 298.15<br>0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/18/2026

CASE NO: 23-10001-BFK
STATUS: ACTIVE

DEBTOR: XXX-XX-3918
HAMMOND-HOPKINS, CANDACE RE

SCHEDULE: 1,390.00 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME<br>CLAIM REMARK | DISB CODE<br>LAST DISB | CLASS<br>PAY% | INT. BEGIN<br>INT. RATE | FIX PAY<br>ARREARS | ORG. CLAIM<br>SCHED AMT | APPROVED<br>TO BE PAID | PRIN. PAID<br>INT. PAID | PRIN. DUE<br>INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 017 | 350550 | MIDLAND CREDIT MANAGEMENT INC | PRO | UNS | | 0.00 | 1,468.60 | 1,468.60 | 1,091.08 | 377.52 |
| | | | 07/2026 | 100.00 | | 0.00 | 1,468.00 | 1,468.60 | 0.00 | 0.00 |
| 018 | 335584 | M&T BANK | PRO | UNS | | 0.00 | 1,402.13 | 1,402.13 | 1,041.70 | 360.43 |
| | | | 07/2026 | 100.00 | | 0.00 | 1,402.00 | 1,402.13 | 0.00 | 0.00 |
| 799 | 264693 | DANIEL M. PRESS, ESQUIRE | PRO | ATY | | 0.00 | 5,609.00 | 4,422.00 | 4,422.00 | 0.00 |
| | | | 05/2023 | 100.00 | | 0.00 | 5,609.00 | 4,422.00 | 0.00 | 0.00 |
| | | Trustee Administrative Fees | | | | | | 4,353.44 | 4,353.44 | |
| | | | | TOTALS: | | 1,033.46 | 62,257.32 | 65,423.76 | 54,672.75 | 10,751.01 |
| | | | | | | 0.00 | 66,933.13 | 65,423.76 | 8,059.78 | 49.88 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 5,609.00 | 0.00 | 50,147.83 | 11,176.30 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 4,422.00 | 0.00 | 44,663.96 | 11,984.36 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 4,422.00 | 0.00 | 37,005.22 | 8,892.09 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 7,658.74 | 3,092.27 | 0.00 | DUE CREDITORS: | 10,800.89 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 49.88 | 0.00 | 0.00 | EXPECTED ADMIN: | 338.83 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 1,458.98 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 7,708.62 | 3,092.27 | 0.00 | APPROX BALANCE: | 9,680.74 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.