UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Candace Renee Hammond-Hopkins | ) | |
| | ) | No. 23-10001-BFK |
| Debtor. | ) | Chapter 13 |
| | ) | |

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY FILED BY SANTANDER [DOCKET #48]**

COME NOW the Debtor, Candace Renee Hammond-Hopkins, by counsel, and responds as follows to the Motion for Relief from Stay filed by Santander Bank N.A.

1. Debtor admits the allegations of Paragraph 1.
2. Debtor admits the allegations of Paragraph 2.
3. Debtor admits the allegations of Paragraph 3.
4. Debtor admits the allegations of Paragraph 4.
5. Debtor lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5 and therefore denies the same and demands strict proof thereof.
6. Denied.
7. Denied.

Debtor further denies each and every allegation not expressly admitted, and denies that Movant is entitled to the relief requested, or any relief.

Daniel M. Press, VSB# 37123
LAW OFFICES OF DANIEL M. PRESS
201 Washington St
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

*Separate and Affirmative Defenses*

1. Movant is adequately protected by an equity cushion.
2. The property is necessary for an effective reorganization, and Debtor has equity in the Property.
3. The Motion fails to state a claim on which relief may be granted, as the only relief actually requested is the waiver of the 14-day stay of an order granting relief and not relief from the stay itself.

Dated: August 31, 2026.

Respectfully submitted,

__/s/ Daniel M. Press ________

Daniel M. Press, VSB# 37123
LAW OFFICES OF DANIEL M. PRESS
201 Washington St
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 31st day of August, 2026, I caused the foregoing Response to be served by CM/ECF upon the Movant, the Chapter 13 Trustee, and all creditors requesting such notice.

__/s/ Daniel M. Press ________
Daniel M. Press